1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | ALEX G. TSE (CABN 152348)
Chief, Civil Division

4 | REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7022

7 | FAX: (415) 436-6748
rebecca.falk@usdoj.gov

8

Attorneys for Federal Defendant

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13

| DR. PRADEEP GOEL, | ) CASE NO. 13-03586 SBA |
|---|---|
| Plaintiff, | ) ORDER GRANTING FEDERAL DEFENDANT'S ADMINSTRATIVE MOTION TO EXTEND TIME TO RESPOND |
| v. | |
| DR. RAJEEV SHAH, ADMINISTRATOR, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT AND PUBLIC HEALTH INSTITUTE | ) (Civil Local Rule 6-3) |
| Defendant. | |

[PROPOSED] ORDER GRANTING FEDERAL DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND
13-03586 SBA

**ORDER**

The Court, having considered the briefing regarding the Federal Defendant's Administrative Motion, hereby extends the time for the Federal Defendant to respond to Plaintiff's Complaint to in the above-captioned matter to September 12, 2013.

**IT IS SO ORDERED.**

DATED: ___8/15/2013___

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge