1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
5
           450 Golden Gate Avenue, Box 36055
6          San Francisco, California 94102-3495
           Telephone: (415) 436-7022
7          FAX: (415) 436-6748
           rebecca.falk@usdoj.gov
8
   Attorneys for Federal Defendant
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13
   DR. PRADEEP GOEL,                        )   CASE NO. 13-03586 SBA
14                                          )
         Plaintiff,                         )   ORDER GRANTING FEDERAL DEFENDANT'S
15                                          )   ADMINSTRATIVE MOTION TO EXTEND TIME
     v.                                     )   TO RESPOND
16                                          )
   DR. RAJEEV SHAH, ADMINISTRATOR,          )   (Civil Local Rule 6-3)
17 UNITED STATES AGENCY FOR                 )
   INTERNATIONAL DEVELOPMENT AND            )
18 PUBLIC HEALTH INSTITUTE                  )

19       Defendant.
   _____
20

21

22

23

24

25

26

27

28
   [PROPOSED] ORDER GRANTING FEDERAL DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND TIME TO
   RESPOND
   13-03586 SBA

**ORDER**

The Court, having considered the briefing regarding the Federal Defendant's Administrative Motion, hereby extends the time for the Federal Defendant to respond to Plaintiff's Complaint to in the above-captioned matter to September 12, 2013.

**IT IS SO ORDERED.**

DATED: ___8/15/2013___        _____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge

[PROPOSED] ORDER GRANTING FEDERAL DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND
13-03586 SBA