UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DR. PRADEEP GOEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DR. RAJEEV SHAH, ADMINISTRATOR, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT AND PUBLIC HEALTH INSTITUTE,<br><br>　　　　Defendants. | Case No: C 13-3586 SBA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS, AND CONTINUING MOTION HEARING** |

On August 13, 2013, Defendant Public Health Institute filed a motion to dismiss for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. 30. Under Civil Local Rule 7-3(a), an opposition to a motion must be filed within fourteen days of the date the motion was filed, and the reply is due seven days thereafter. As such, Plaintiff's response to the motion should have been filed by no later than August 27, 2013. To date, Plaintiff has not responded to Defendant's motion.

This Court's Standing Orders warn that the failure to file a response to a motion may be construed as consent to the relief sought in the unopposed motion. Dkt. 14 at 5. Although Plaintiff is pro se, he nevertheless remains obligated to follow the same rules as represented parties. See Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir. 1995) ("Although we construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure.") (per curiam). Given Plaintiff's failure to respond to the motion, it is well within the discretion of the Court to dismiss the action under Federal Rule of Civil Procedure 41(b). See Al-Torki v. Kaempen, 78 F.3d 1381, 1385 (9th Cir. 1996).

Nevertheless, mindful of its obligation to first consider to less drastic alternatives, the Court will afford Plaintiff one further opportunity to respond to the pending motion. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall have until <u>September 17, 2013</u> to file and serve his response (i.e., either an opposition or a statement of non-opposition) to Defendant's Rule 12(b)(6) motion to dismiss. Plaintiff's response shall comply in all respects with the Federal Rules of Civil Procedure and the Court's Civil Local Rules including, without limitation, Civil Local Rules 7-3 through 7-5. **PLAINTIFF IS WARNED THAT THE FAILURE TO FILE A RESPONSE BY THIS DEADLINE AND/OR TO COMPLY WITH THIS ORDER OR ANY OTHER APPLICABLE PROCEDURAL RULES WILL RESULT IN THE DISMISSAL OF THIS ACTION, WITH PREJUDICE.**

2. In the event Plaintiff timely files a response, Defendant may file a reply seven days after the deadline for Plaintiff's response.

3. The hearing on Defendant's motion to dismiss is CONTINUED from September 10, 2013, to **October 8, 2013 at 1:00 p.m.** Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion without oral argument. The parties are advised the check the Court's website to determine whether an appearance on the motion is required.

IT IS SO ORDERED.

Dated: September 3, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge