1
2
3
4
5                    UNITED STATES DISTRICT COURT
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                          OAKLAND DIVISION
8

9   DR. PRADEEP GOEL,                    Case No:  C 13-3586 SBA

10              Plaintiff,               **ORDER DENYING PLAINTIFF'S
                                         MOTION FOR PERMISSION FOR
11        vs.                            ELECTRONIC CASE FILING**

12  DR. RAJEEV SHAH,                     Dkt. 39
    ADMINISTRATOR, UNITED
13  STATES AGENCY FOR
    INTERNATIONAL DEVELOPMENT
14  AND PUBLIC HEALTH INSTITUTE,

15              Defendants.

16

17

18        Plaintiff, who is pro se, has filed a motion for permission for electronic case filing.

19   The docket reveals that Plaintiff has repeatedly failed to comply with the procedural rules

20   applicable to this case.  As such, the Court finds that Plaintiff is not suited for electronic

21   case filing.  Accordingly,

22        IT IS HEREBY ORDERED THAT Plaintiff's motion for permission for electronic

23   case filing is DENIED.  This Order terminates Docket 39.

24        IT IS SO ORDERED.

25   Dated: September 13, 2013

26                                       SAUNDRA BROWN ARMSTRONG
                                         United States District Judge
27

28