# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DR. PRADEEP GOEL,<br><br>Plaintiff,<br><br>vs.<br><br>DR. RAJEEV SHAH, ADMINISTRATOR, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT AND PUBLIC HEALTH INSTITUTE,<br><br>Defendants. | Case No: C 13-3586 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Dkt. 39 |

Plaintiff, who is pro se, has filed a motion for permission for electronic case filing. The docket reveals that Plaintiff has repeatedly failed to comply with the procedural rules applicable to this case. As such, the Court finds that Plaintiff is not suited for electronic case filing. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion for permission for electronic case filing is DENIED. This Order terminates Docket 39.

IT IS SO ORDERED.

Dated: September 13, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge