1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7022
7       Fax: (415) 436-6748
        Rebecca.falk@usdoj.gov
8
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DR. PRADEEP GOEL, <br><br> Plaintiff, <br><br> v. <br><br> DR. RAJIV SHAH, ADMINISTRATOR, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT AND PUBLIC HEALTH INSTITUTE <br><br> Defendants. | CASE NO. C 13-03586 SBA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR STAY DURING LAPSE IN DEPARTMENT OF JUSTICE APPROPRIATION** |

| | |
|---|---|
| 1 | On October 8, 2013, in light of the lapse of federal appropriations to the Department of Justice, |
| 2 | Defendant U.S. Agency for International Development ("Federal Defendant") moved this Court for an |
| 3 | order staying all dates and deadlines in the above-captioned matter, including discovery, all court |
| 4 | appearances and related deadlines such as Initial Disclosures and Alternative Dispute Resolution |
| 5 | deadlines, and vacating the Case Management Conference scheduled for November 6, 2013, until after |
| 6 | Congress has restored funding for the Department of Justice and the shutdown of the federal government |
| 7 | has come to an end. Good cause appearing, Defendant's motion is hereby GRANTED. |
| 8 | The above-captioned action is hereby STAYED until further notice, including all discovery, |
| 9 | court appearances and associated deadlines, until a date after the shutdown of the federal government |
| 10 | has ended and relevant appropriations to the Department of Justice have been restored. The Case |
| 11 | Management Conference scheduled for November 6, 2013 is VACATED. Further, once the shutdown |
| 12 | of the federal government has ended and relevant appropriations to the Department of Justice have been |
| 13 | restored, the parties shall and are hereby ORDERED to meet and confer and advise the Court via |
| 14 | stipulation of the post-shutdrown date on which all counsel are available to attend a Case Management |
| 15 | Conference. |

```
    The stay shall continue for 60 days or until the end of the government shutdown,
whichever is sooner.  If the shutdown has not ended within 60 days, Defendants may
file a request to continue the stay.  The parties shall appear for a telephonic Case
Management Conference on 1/22/14 at 2:30 p.m., and a Joint Case Management Statement
shall be filed at least 7 days prior to that date.
```

IT IS SO ORDERED.

DATED: October 9, 2013

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge