UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DR. PRADEEP GOEL,<br><br>      Plaintiff,<br><br>vs.<br><br>DR. RAJEEV SHAH, ADMINISTRATOR, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT AND PUBLIC HEALTH INSTITUTE,<br><br>      Defendants. | Case No: C 13-3586 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Pursuant to the agreement of the parties,

IT IS HEREBY ORDERED THAT:

1.  Defendant shall file its motion to dismiss for lack of subject matter jurisdiction by no later than <u>March 28, 2014</u>.  Plaintiff's opposition shall be filed by no later than <u>April 22, 2014</u>.  Defendant's reply shall be filed by no later than <u>May 6, 2014</u>.  All motion papers shall be in compliance with the Civil Local Rules and the Standing Orders of this Court.

2.  Defendant's motion to dismiss shall be noticed for hearing on <u>May 20, 2014</u>.  Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion without oral argument.  The parties are advised the check the Court's website to determine whether an appearance on the motion is required.

3.  In the event the action is not dismissed, the parties shall appear for a further telephonic Case Management Conference on <u>June 18, 2014, at 3:00 p.m.</u>  At least two (2)

calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  See http://www.cand.uscourts.gov/sbaorders.  Defendant's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, defense counsel shall call (510) 879-3552 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

    4.    Discovery is stayed until June 18, 2014.

IT IS SO ORDERED.

Dated: March 27, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge