1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7022
7         FAX: (415) 436-6748
          Rebecca.falk@usdoj.gov
8
   Attorneys for Defendant
9

10 Dr. PRADEEP GOEL
   154 Kazan Street
11 Irvine, CA  92604
   Telephone: (949) 334-7736
12
   Plaintiff, *Pro Se*
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| DR. PRADEEP GOEL, | ) | NO. 13-03586 SBA |
|  | ) |  |
| Plaintiff, | ) | JOINT STIPULATED REQUEST FOR ORDER |
|  | ) | CHANGING TIME AND ORDER |
| v. | ) |  |
|  | ) |  |
| DR. RAJIV SHAH, ADMINISTRATOR, | ) |  |
| UNITED STATES AGENCY FOR | ) |  |
| INTERNATIONAL DEVELOPMENT | ) |  |
|  | ) |  |
| Defendants. |  |  |

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER
NO. NO. 13-03586 SBA

**STIPULATION**

Subject to the approval of the Court, Plaintiff Pradeep Goel ("Plaintiff") and Federal Defendant United States of America, by and through its counsel of record, hereby stipulate and agree as follows:

1. On June 18, 2014, the Court issued Civil Case Management Conference Minutes directing the parties to participate in a settlement conference within 90 days and referring the matter to Judge James. S*ee* Dkt. No. 72.

2. On June 27, 2014, Judge James set a Settlement Conference in this matter on September 24, 2014. Dkt. No. 74.

3. In the course of meet and conferring regarding potential dates for Plaintiff's deposition, Plaintiff indicated that he will be out of the country until late October caring for his mother, who is ill.

4. Judge James is available for a Settlement Conference on November 19, 2014, at 10 am and the parties have stipulated to continue the previously scheduled Settlement Conference to that date.

5. The parties hereby stipulate and respectfully request that to allow time for Plaintiff to return to the country and his deposition prior to any settlement conference, the alternative dispute resolution deadline set by this Court be continued to December 31, 2014 or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated: August 14, 2014                    Respectfully Submitted,

                                          MELINDA HAAG
                                          United States Attorney

                                          _____/s/_____
                                          REBECCA A. FALK
                                          Assistant United States Attorney

Dated: August 14, 2014                    Respectfully Submitted,

                                          _____/s/_____
                                          PRADEEP GOEL
                                          Plaintiff, Pro Se

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
NO. NO. 13-03586 SBA

**ORDER**

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that the alternative dispute resolution deadline set for September 18, 2014 will be continued until December 31, 2014 or as soon thereafter as is convenient for the Court.

**IT IS SO ORDERED.**

DATED:  8/20/2014

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE