United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRADEEP GOEL,<br>　　　　Plaintiff,<br>　　v.<br>RAJEEV SHAH,<br>　　　　Defendant. | Case No.  13-cv-03586-SBA<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 84 |

　　　　The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

　　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 90 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

　　　　IT IS SO ORDERED.

Dated:  November 19, 2014

　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7   PRADEEP GOEL,
                                                    Case No.  13-cv-03586-SBA
              Plaintiff,
8
         v.
                                                    **CERTIFICATE OF SERVICE**
9
10  RAJEEV SHAH,
              Defendant.
11

12       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14       That on 11/19/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15

16
17  Pradeep  Goel
    154 Kazan Street
18  Irvine, CA 92604
19
20  Dated: 11/19/2014
21
22                                                  Richard W. Wieking
                                                    Clerk, United States District Court
23
24
25                                                  By:_____
                                                    Nikki D. Riley, Deputy Clerk to the
26                                                  Honorable SAUNDRA BROWN ARMSTRONG
27
28